No. 837, Misc. LUFT *v.* KROPP, WARDEN. Sup. Ct. Mich. Certiorari denied.

No. 844, Misc. MENCHER *v.* WARDEN, QUEENS HOUSE OF DETENTION. Ct. App. N. Y. Certiorari denied.

No. 850, Misc. HENSLER *v.* WARDEN, QUEENS HOUSE OF DETENTION. C. A. 2d Cir. Certiorari denied.

No. 852, Misc. ROSS *v.* COURTNEY, POSTMASTER, ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for respondents.

No. 858, Misc. DASH *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 864, Misc. CORSO *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 879, Misc. MILLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 899, Misc. DOBRANSKI *v.* LONG ISLAND RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Milford J. Meyer* for petitioner. *William L. F. Gardiner* for respondent.

No. 528, Misc. BLACKBURN *v.* MARYLAND. Ct. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *E. Clinton Bamberger, Jr.,* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, and *Franklin Goldstein,* Assistant Attorney General, for respondent.